AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 FEB -4 AM 11: 58

OFFICE OF THE CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:18CR360 |
| LISA KWAPNIOWSKI | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/4/19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jim McGough
*Printed name of defendant's attorney*

_____
*Judge's signature*

Laurie Smith Camp, Senior U.S. District Judge
*Judge's printed name and title*